1080

No. 97–7843.   PLUMMER v. PURKETT, SUPERINTENDENT, FARM-INGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–7844.   ORIAKHI v. PARSONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7861.   TOEGEMANN v. PROCHASKA ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–7863.   VILLACRES v. KRAMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7864.   WILLIAMS v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–7865.   WHITE v. McMILLAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7866.   McBROOM v. PUBLIC UTILITIES COMMISSION OF OHIO ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 97–7867.   DuBuc v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–7873.   WHITE v. McMILLAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7874.   ARMSTRONG v. ROLM A. SIEMANS CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–7877.   CARGILL v. TURPIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 97–7880.   TERRY v. VANCE COUNTY, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–7881.   HOUSTON v. WOODS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7882.   GRIFFIN v. CITY OF TAMPA, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7884.   VALDEZ ET AL. v. FONOIMOANA ET AL. Sup. Ct. Haw. Certiorari denied.